Arthur J. HARRISON, Appellant, v. UNITED STATES of America, Appellee.

No. 7085.

Circuit Court of Appeals, Ninth Circuit.

Feb. 13, 1933.

Guy Axline, of Phœnix, Ariz., for appellant.

John C. Gung'l, U. S. Atty., of Tucson, Ariz., and Geo. E. Wood, Asst. U. S. Atty., of Phœnix, Ariz.

Before WILBUR, SAWTELLE, and MACK, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for the respective parties, and good cause therefor appearing, ordered appeal in above cause dismissed; mandate forthwith.

HARTMAN FURNITURE & CARPET CO., Appellant, v. Harry FELLHEIMER.

No. 9622.

Circuit Court of Appeals, Eighth Circuit.

Oct. 6, 1932.

Leon & White, of Omaha, Neb., for appellant.

Mathew A. Hall, of Omaha, Neb., for appellee.

PER CURIAM.

Appeal docketed and dismissed, with costs, on motion of appellee, under Rule 16.

HARUKA TSURUDOME, Appellant, v. Walter E. CARR, District Director, U. S. Immigration Service, Appellee.

No. 6774.

Circuit Court of Appeals, Ninth Circuit.

Dec. 19, 1932.

J. Marion Wright, of Los Angeles, Cal., for appellant.

Samuel W. McNabb, U. S. Atty., and Clyde Thomas, Asst. U. S. Atty., both of Los Angeles, Cal., for appellee.

Before WILBUR, SAWTELLE, and MACK, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties that this cause abide the decision of this court in Takaji Mukai v. Burnett, etc. (No. 6888) 62 F.(2d) 355, it is ordered that the order of the District Court in this cause be affirmed, and that a decree be filed and entered accordingly.

H. WAGNER AND ADLER COMPANY, Appellant, v. SOCIETE ANONYME IWAN SIMONIS et al., Appellees.

No. 165.

Circuit Court of Appeals, Second Circuit.

Jan. 9, 1933.

Henry Ward Beer, of New York City, for appellant.

Duer, Strong & Whitehead, of New York City (Selden Bacon, of New York City, of counsel), for appellees.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Order affirmed on authority of Bank of America v. Whitney Central National Bank, 261 U. S. 171, 43 S. Ct. 311, 67 L. Ed. 594, and Cannon Manufacturing Co. v. Cudahy Packing Company, 267 U. S. 333, 45 S. Ct. 250, 69 L. Ed. 634.